UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:15-MJ-01135-RJ

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| RICHARD SCOTT TUTTLE, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the court on the Government's motion to dismiss. [DE-8]. The motion is ALLOWED, and this matter is dismissed.

SO ORDERED, this the 4 day of February 2016.

_____
Robert B. Jones, Jr.,
United States Magistrate Judge